

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 3, 2019

**BY ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Chaz Jones and Anthony Martin,* S1 19 Cr. 125 (VSB)

Dear Judge Broderick:

    The Government writes to request a new date for a status conference in the above captioned case, and to exclude time under the Speedy Trial Act from today until the next status conference set by the Court. Such an exclusion will allow the parties to continue discussions about a pretrial disposition, and allow defense counsel to continue to review the discovery produced in this case. Counsel for Mr. Jones and Mr. Martin do not object to the exclusion of time under the Speedy Trial Act.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by:  _s/_____
    Michael D. Longyear / Jacob Warren
    Assistant United States Attorneys
    (212) 637- 2223/2264

cc: Mark DeMarco, Esq. (by ECF)
    Kelly Currie, Esq. (by ECF)