USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
    UNITED STATES OF AMERICA,

                -v-

    ANTHONY MARTIN,
                       Defendant.
------------------------------------- X

19-CR-125 (VSB)

ORDER

VERNON S. BRODERICK, United States District Judge:

    IT IS HEREBY ORDERED that the defendant's bail is modified to include drug testing and treatment as directed by Pretrial Services, in addition to the remaining conditions that were imposed at the bail hearing held on January 15, 2020.

SO ORDERED.

Dated: February 21, 2020
       New York, New York

_____
Vernon S. Broderick
United States District Judge