590 Madison Avenue, 20th Floor, New York, NY  10022-2524 ▪ p212 223-4000 ▪ f212 223-4134



**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 6/23/2020

In light of the circumstances surrounding COVID-19, the status conference scheduled for June 25, 2020 is adjourned to August 28, 2020 at 12:00 p.m. The adjournment is necessary in light of the courts standing order in 20-mc-196 (CM). The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between June 25, 2020 and August 28, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

Rebecca Monck Ricigliano
212.895.4268
rricigliano@crowell.com

June 19, 2020

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
Thurgood Marshall United States Courthouse
New York, NY 10007

Re: *United States* v. *Anthony Martin* 19 Cr. 125 (VSB)

Dear Judge Broderick:

    We represent Anthony Martin in the above captioned matter.  The Court is scheduled to hold a status conference in this matter on June 25 at 10 a.m.  We respectfully request a 60 day adjournment of that conference, and do not object to the exclusion of time under the Speedy Trial Act.  The Government consents to this request.  On behalf of Mr. Martin, we will submit a status update to the Court by June 26.

Respectfully submitted,

Rebecca Monck Ricigliano
Kelly T. Currie
Andrea Charles

cc:    AUSA Jacob Warren
        AUSA Michael Longyear